■ In the Matter of the F/B CHILDREN. MAUREEN B. F., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent; JOHN McH. et al., Intervenors-Appellants, et al., Respondent.

No opinion. Concur—Murphy, P. J., Carro, Milonas and Kassal, JJ.